| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) McAliley, Chris M. | 2. Court or Organization U.S. Dist Court, S. Dist. FL | 3. Date of Report 05/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Magistrate Judge - Full Time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

C Clyde Atkins US Courthouse
301 North Miami Avenue
6th Floor
Miami, Florida 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Settlor & Trustee | Trust #1 |
| 2. | Settlor & Trustee | Trust #2 |
| 3. | Settlor | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HARTFORD HEALTHCARE FUND CL A (TRUST #1) | A | Dividend | J | T | | | | | |
| 2. FIDELITY TAX FREE MONEY MARKET (TRUST #1) | A | Interest | J | T | | | | | |
| 3. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #1) | A | Dividend | J | T | | | | | |
| 4. FIDELITY LOW PRICE STOCK (TRUST #1) | A | Dividend | J | T | | | | | |
| 5. VANGUARD DIVIDEND GROWTH (TRUST #1) | A | Dividend | J | T | Sold (part) | 02/05/14 | J | A | |
| 6. FIDELITY MEGA CAP STOCK (TRUST #1) | A | Dividend | J | T | | | | | |
| 7. PRIMECAP ODYSSEY STOCK (TRUST #1) | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 8. AQUILA THREE PEAK HIGH INCOME CL INSTL (TRUST #1) | A | Dividend | | | Sold | 04/23/14 | J | A | |
| 9. FIDELITY FLOATING RATE HIGH INCOME (TRUST #1) | A | Dividend | | | Sold | 05/01/14 | J | A | |
| 10. PIMCO ALL ASSET FD ADMIN CLASS (TRUST #1) | A | Dividend | J | T | | | | | |
| 11. MAINSTAY MARKETFIELD FUND CLASS I (TRUST #1) | | None | | | Sold | 10/01/14 | J | A | |
| 12. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #1) | A | Dividend | J | T | | | | | |
| 13. FIDELITY INT'L GROWTH FUND (TRUST #1) | A | Dividend | J | T | | | | | |
| 14. FIDELITY CONSERVATIVE INCOME BOND FUND (TRUST #1) | A | Dividend | J | T | | | | | |
| 15. FIDELITY INTERMEDIATE MUNI INCOME (TRUST #1) | A | Dividend | J | T | | | | | |
| 16. ARTISAN HIGH INCOME FUND INVESTOR (TRUST #1) | A | Dividend | J | T | Buy | 04/30/14 | J | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McAliley, Chris M. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY TAX FREE MONEY MARKET (TRUST #2) | A | Interest | J | T | | | | | |
| 19. HARTFORD HEALTHCARE FUND CL A (TRUST #2) | A | Dividend | J | T | | | | | |
| 20. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 21. FIDELITY LOW PRICE STOCK (TRUST #2) | A | Dividend | J | T | | | | | |
| 22. VANGUARD DIVIDEND GROWTH (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 23. FIDELITY MEGA CAP STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/02/14 | J | A | |
| 24. FIDELITY MEGA CAP STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 07/23/14 | J | A | |
| 25. PRIMECAP ODYSSEY STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 26. AQUILA THREE PEAK HIGH INCOME CL INSTL (TRUST #2) | A | Dividend | | | Sold | 04/23/14 | J | A | |
| 27. PIMCO ALL ASSET FD ADMIN CLASS (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 28. MAINSTAY MARKETFIELD FUND CLASS I (TRUST #2) | | None | | | Sold (part) | 01/02/14 | J | A | |
| 29. MAINSTAY MARKETFIELD FUND CLASS I (TRUST #2) | | None | | | Sold | 09/22/14 | J | A | |
| 30. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #2) | A | Dividend | J | T | | | | | |
| 31. FIDELITY INT'L GROWTH FUND (TRUST #2) | A | Dividend | J | T | | | | | |
| 32. FIDELITY CONSERVATIVE INCOME BOND FUND (TRUST #2) | A | Dividend | J | T | | | | | |
| 33. FIDELITY INTERMEDIATE MUNI INCOME (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 34. ARTISAN HIGH INCOME FUND INVESTOR (TRUST #2) | A | Dividend | J | T | Buy | 04/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY FLOATING RATE HIGH INCOME (TRUST #2) | A | Dividend | | | Buy | 01/13/14 | J | | |
| 36. FIDELITY FLOATING RATE HIGH INCOME (TRUST #2) | A | Dividend | | | Sold | 04/30/14 | J | A | |
| 37. | | | | | | | | | |
| 38. VANGUARD HEALTH CARE INVESTOR (IRA) | C | Dividend | K | T | | | | | |
| 39. PRIMECAP ODYSSEY AGGRESSIVE GRWTH FD (IRA) | C | Dividend | M | T | Buy (add'l) | 11/11/14 | J | | |
| 40. ARTISAN MID CAP VALUE (IRA) | | None | | | Sold | 09/16/14 | K | E | |
| 41. FIDELITY LOW PRICE STOCK (IRA) | A | Dividend | L | T | | | | | |
| 42. VANGUARD DIVIDEND GROWTH (IRA) | C | Dividend | M | T | Buy (add'l) | 09/22/14 | K | | |
| 43. FIDELITY MEGA CAP STOCK FUND (IRA) | C | Dividend | M | T | Buy (add'l) | 11/12/14 | K | | |
| 44. PRIMECAP ODYSSEY STOCK FUND (IRA) | C | Dividend | M | T | | | | | |
| 45. PIMCO ALL ASSET FD ADMIN CLASS (IRA) | B | Dividend | K | T | | | | | |
| 46. MAINSTAY MARKETFIELD CLASS I (IRA) | | None | | | Sold | 09/22/14 | L | D | |
| 47. VANGUARD SHORT TERM INVEST GRADE ADMIRAL (IRA) | A | Dividend | J | T | | | | | |
| 48. FIDELITY INT'L GROWTH FUND (IRA) | A | Dividend | L | T | Buy (add'l) | 09/18/14 | K | | |
| 49. FIDELITY CONSERVATIVE INCOME BOND FUND (IRA) | A | Dividend | K | T | | | | | |
| 50. KOPERNIK GLOBAL ALL CAP (IRA) | | None | | | Buy | 09/16/14 | K | | |
| 51. KOPERNIK GLOBAL ALL CAP (IRA) | | None | | | Sold | 11/11/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. VANGUARD INTERMED TRM INVST GR ADMIRAL (BROKERAGE) | A | Dividend | J | T | | | | | |
| 54. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (BROKERAGE) | A | Dividend | J | T | | | | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TRUST #3 REPORTED ON PART I, HAS NO REPORTABLE ASSETS.

ASSETS ON PART VII "INVESTMENTS AND TRUSTS" THAT WERE FULLY SOLD IN 2013 WERE REMOVED/DELETED FROM THE SCHEDULE.

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Chris M. McAliley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544